UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MARIE TERRELL BRADFORD                      CASE NO. 20-10669
2011 TRESFIELD COURT                        JUDGE BENJAMIN A. KAHN
HAW RIVER, NC  27258

    DEBTOR

SSN(1) XXX-XX-2876                          DATE: 03/18/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID: 1735<br>CLAIM #: 0022 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY EMS<br>P O BOX 9150<br>PADUCAH, KY  42002 | $0.00<br>INT:  .00%<br>NAME ID: 157036<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $1,399.20<br>INT:  10.30%<br>NAME ID: 2794<br>CLAIM #: 0008 | (S) SECURED<br><br>ACCT: 0669<br>COMMENT: OC,TAXES |
| ALAMANCE REGIONAL MEDICAL CTR<br>1240 HUFFMAN MILL RD<br>BURLINGTON, NC  27215 | $0.00<br>INT:  .00%<br>NAME ID: 23755<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,459.75<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 0392<br>COMMENT: WALMART |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT:  .00%<br>NAME ID: 2914<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>585 S PILOT ST<br>LAS VEGAS, NV  89119 | $0.00<br>INT:  .00%<br>NAME ID: 64950<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DISCOVER<br>P O BOX 15316<br>WILMINGTON, DE  19850 | $0.00<br>INT:  .00%<br>NAME ID: 6332<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $13,684.53<br>INT:  .00%<br>NAME ID: 180353<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 1630<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0003 | (P) PRIORITY<br>AMENDED<br>ACCT: 18TX<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $842.32<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 3943<br>COMMENT: 221TFCL |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,061.60<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 8929<br>COMMENT: |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $4,170.47<br>INT:  .00%<br>NAME ID: 67831<br>CLAIM #:  0017 | (U) UNSECURED<br><br>ACCT: 3790<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0004 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2876<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $416.57<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 3632<br>COMMENT:  Q CARD |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $10,900.15<br>INT:  .00%<br>NAME ID: 183468<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 9613<br>COMMENT:  LEGENDARY PINE |
| SEARS<br>% CITI<br>P O BOX 653095<br>DALLAS, TX  75265-0370 | $0.00<br>INT:  .00%<br>NAME ID: 162942<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,096.32<br>INT:  .00%<br>NAME ID: 161980<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 1198<br>COMMENT: HSN |
| TOWD POINT MORTGAGE TRUST 2019-MH1<br>SOUTHWEST STAGE FUNDING<br>DBA CASCADE FINANCIAL SERVICES<br>P O BOX 613703<br>MEMPHIS, TN  38101 | $0.00<br>INT:  .00%<br>NAME ID: 183412<br>CLAIM #:  0024 | (S) SECURED<br>AMENDED<br>ACCT: 0652<br>COMMENT: 121C/WDRN(POST PET FEES),1120C/WDRN |

PAGE 3 - CHAPTER 13 CASE NO. 20-10669

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| US BANK NA AS INDENTURE TRUST<br>% SOUTHWEST STAGE FUNDING<br>DBA CASCADE FINANCIAL SERVICES<br>P O BOX 15035<br>CHANDLER, AZ  85244 | $22,855.29<br>INT: 5.25%<br>NAME ID: 183428<br>CLAIM #: 0005 | (S) SECURED<br><br>ACCT: 0652<br>COMMENT: 2000MH |
| US BANK NA AS INDENTURE TRUST<br>% SOUTHWEST STAGE FUNDING<br>DBA CASCADE FINANCIAL SERVICES<br>P O BOX 15035<br>CHANDLER, AZ  85244 | $8,857.71<br>INT: .00%<br>NAME ID: 183428<br>CLAIM #: 10005 | (U) UNSECURED<br><br>ACCT: 0652<br>COMMENT: SPLIT |
| **TOTAL:** | **$71,795.91** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/18/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice